**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CV-92-1305 (Nickerson, J.) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| All Funds on Deposit in any Account at Manufacturers Hanover Trust Company, et al. | Stipulation & Order |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$23,636.02 Check c/o United States Marshals Service - EDNY

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
225 Cadman Plaza, Brooklyn, NY 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

BENTON J. CAMPBELL
UNITED STATES ATTORNEY - EDNY
271 Cadman Plaza East, 7th Fl.
Brooklyn, N.Y. 11201
Attn: AUSA, Kathleen Nandan

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please deposit Chase Check no. 4552113051 for the amount of $23,636.02 into the Asset Forfeiture Fund as directed by Stipulation and Order representing 4 accounts : 0051604774619, 0051604774620; 00516044774621 and 00516044774622.

08-FBI-004197

Signature of Attorney or other Originator requesting service on behalf of: AUSA, Kathleen Nandan ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 718-254-6409
DATE: 8/6/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: —
District of Origin No. 53
District to Serve No. 53
Signature of Authorized USMS Deputy or Clerk: [signed] Marvella Jeff
Date: 8/7/08

☒ I hereby certify and return that I have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above):
Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 8/7/2008
Time: ____ am/pm
Signature of U.S. Marshal or Deputy: [signed] Marvella Jeff

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | |

REMARKS:
$23,636.02 deposited into the ~~seized asset deposited~~ Asset Forfeiture (W) fund on 8/7/2008.